IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Bobby C. Jenkins, | ) | Civil Action No. 5:17-cv-1932 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SC Department of Corrections, Brian Sterling, | ) | |
| Willie Eagleton, Officer Rogers, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to Voluntarily Dismiss the Complaint. (Dkt. No. 21.) Defendants have filed a response indicating that they do not oppose Plaintiff's dismissal of this case. (Dkt. No. 22.) For good cause shown, this case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**AND IT IS SO ORDERED.**

May _14_, 2018
Charleston, South Carolina

Richard M. Gergel
United States District Judge

1